UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| PIRSON CONTRACTORS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:07-CV-123 |
| SCHEUERLE FAHRZEUGFABRIK, GMBH, | ) |
| Defendant. | ) |

## ORDER

This matter is before the court on the Motion to Enter Dismissal with Prejudice [DE 54] filed by the parties on December 23, 2008. In light of the stipulation of the parties, the court **GRANTS** the motion, and orders that all claims and counterclaims made in this action or related thereto are **DISMISSED WITH PREJUDICE**, each party to pay its own costs and fees.

ENTERED This 24th day of December, 2008

/s/ Andrew P. Rodovich
United States Magistrate Judge

1